```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Civil No. 10-cv-457-LM

Kym Scott


**O R D E R**

    Before the court is a motion to compel post-judgment discovery and request for hearing on periodic payment of the judgment of plaintiff, the United States of America (doc. no. 12).  Defendant objects but has filed no written objection.  For the reasons stated therein, plaintiff's motion is granted.

    Accordingly, the defendant, Kym Scott, is ordered to appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire, on April 25, 2011, at 10:00 a.m., for a hearing to establish a schedule for periodic payment of the judgment.  It is further ordered that defendant, Kym Scott, on the above date, participate in the disclosure of her financial assets and liabilities by completing the financial statement attached to the plaintiff's motion as Exhibit A (doc. no. 12-1), by providing copies of all documents listed on

Exhibit B (doc. no. 12-2), also attached to plaintiff's motion, and by further answering any questions propounded by plaintiff regarding her financial assets and liabilities and her ability to repay the judgment entered against her on December 30, 2010.

    SO ORDERED.

                                          _____
                                          Landya McCafferty
                                          United States Magistrate Judge

Date:  March 22, 2011

cc:  Michael T. McCormack, Esq.
     Kym I. Scott